1118

No. 81–1885.  CBS INC. ET AL. *v.* COLUMBIA PICTURES INDUSTRIES, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–1886.  SANDINI *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–1911.  NICOLL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–1913.  INTERNATIONAL MEDICATION SYSTEMS, LTD. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 81–1915.  THORNTON *v.* ATLANTA & WEST POINT RAILROAD CO.  C. A. 11th Cir.  Certiorari denied.

No. 81–1917.  COUNTRY-WIDE INSURANCE CO. *v.* RODRIGUEZ ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 81–1923.  BOLYEA *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 81–1924.  CHAMBERLAIN *v.* ARTHUR PHILLIPS & CO., INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–1925.  BAXTER *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 81–1926.  SPEED ET AL. *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 81–1933.  LEWIS *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.